UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02135-KLM

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| QIQO, L.L.C., a Colorado limited liability company; | : |
| | : |
| DD QIQO, LLC, a Colorado limited liability company; | : |
| | : |
| GE QIQO, LLC, a Colorado limited liability company; | : |
| | : |
| and | : |
| | : |
| ABSOLUTE AUBERGE, L.L.C., a Colorado limited liability company; | : |
| | : |
| Defendants. | : |
| _____/ | |

## **NOTICE OF SETTLEMENT**

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that all Defendants have reached a settlement in principle with Plaintiff Fred Nekouee. Such parties expect to perfect the settlement agreement within the next 21-days.

                                                                Respectfully submitted,

                                                                s/Robert J. Vincze
                                                                 Robert J. Vincze (CO #28399)
                                                                 Law Offices of Robert J. Vincze
                                                                PO Box 792 Andover, Kansas 67002
                                                               Phone: 303-204-8207
                                                               Email: vinczelaw@att.net
                                                               *Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

      I certify that on October 27, 2020, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                                              s/Robert J. Vincze
                                              Robert J. Vincze (CO #28399)