UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02135-KLM

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| QIQO, L.L.C., a Colorado limited liability company; | : |
| | : |
| DD QIQO, LLC, a Colorado limited liability company; | : |
| | : |
| GE QIQO, LLC, a Colorado limited liability company; | : |
| | : |
| and | : |
| | : |
| ABSOLUTE AUBERGE, L.L.C., a Colorado limited liability company; | : |
| | : |
| Defendants. | : |
| _____/ | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and all Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement. Except as otherwise agreed, each such party to bear its own costs and attorney's fees.

DATE: November 4, 2020

1

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207; Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and

STINSON LLP

*s/Ryan M. Sugden*
Ryan M. Sugden
Perry L. Glantz
Stinson LLP
6400 Fiddlers Green Circle, Suite 1900
Greenwood Village, CO 80111
Phone: 303-376-8400; Email: ryan.sugden@stinson.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 4, 2020, I electronically filed the foregoing Joint Stipulation with the Clerk of the Court using the CM/ECF system.

s/Robert J. Vincze
Robert J. Vincze (CO #28399)