IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02135-KLM

FRED NEKOUEE, individually,

    Plaintiff,

v.

QIQO, L.L.C., a Colorado limited liability company;
DD QIQO, LLC, a Colorado limited liability company;
GE QIQO, LLC, a Colorado limited liability company; and
ABSOLUTE AUBERGE, L.L.C., a Colorado limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation of Dismissal with Prejudice** [#28] ("Stipulation"). Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared."

    Because the Stipulation [#28] is signed by counsel for all parties of record,

    IT IS HEREBY **ORDERED** that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own fees and costs except as otherwise agreed. The Clerk of Court shall close this case.

    Dated: November 7, 2020